IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEIGHTON D. LINDSEY,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

14-cv-27-bbc

v.

MICHAEL COCKROFT, ANGELA REUTER
and NURSE WEIDENBECK,

        Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) denying plaintiff leave to proceed and dismissing his claims against Angela Reuter and Nurse Weidenbeck;

      (2) denying plaintiff's motions for preliminary injunctive relief; and

      (3) granting Michael Cockroft's motion for summary judgment and dismissing this case.

| /s/ | 2/10/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |